## STATE EX REL. THEODORE QUALE v. GUY A. PENNEY.[1]

November 21, 1919.

No. 21,550.

**Appeal from order upon motion for judgment upon pleadings dismissed.**

In ordinary actions no appeal lies from an order granting or denying a motion for judgment upon pleadings. The same rule *held* to govern when application is made for a writ of mandamus. [Reporter.]

---

cases), William McDonald, E. G. Carter, John Glava (2 cases), M. J. Rowen (5 cases), Cora Anderson, W. E. Rose, A. Gottschalk and Harvey Baker against the same defendants as in the principal case. The court files for these cases begin with 21,403 and end with 21,431. These are some of the 29 cases mentioned in the second paragraph of the opinion on page 142 supra. [Reporter.]

[1] Reported in 174 N. W. 611.

Upon the relation of Theo. Quale the district court for Pennington county granted its alternative writ of mandamus directed to Guy A. Penney, as mayor of the city of Thief River Falls, directing him to sign warrants issued by the city clerk of that city to petitioner in payment of his salary as city attorney for the months of January, February and March, 1919, and permit the same to be delivered to petitioner, or show cause why he had not done so. From an order, Grindeland, J., granting respondent's motion for judgment upon the pleadings, denying a peremptory writ and dismissing the petition and alternative writ, petitioner appealed. Appeal dismissed.

*C. G. Dosland, O. A. Naplin* and *Theo. Quale,* for appellant.

*E. M. Stanton,* for respondent.

PER CURIAM.

The respondent in this a mandamus proceeding moved for judgment on the pleadings. The court filed an order granting the motion and directing judgment to be entered accordingly. Relator appeals from the order. No judgment has been entered. The order is not appealable. In ordinary actions no appeal lies from an order granting or denying a motion for judgment on the pleadings. It is not perceived why a different rule should obtain as to like orders in mandamus proceedings.

The appeal is dismissed.